Magistrate Judge Mary Alice Theiler

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MAURICE PHAIR, ) | |
|           Petitioner, ) | NO.  C10-1111-RSL-MAT |
| ) | |
|           v. ) | ORDER |
| ) | |
| UNITED STATES, ) | |
|           Respondent. ) | |
| _____) | |

This matter having come to the Court's attention on the Government's motion to extend time to file its answer to petitioner Maurice Phair's Section 2255 motion, and the Court being fully advised in this matter, finds that good cause has been shown and enters the following order:

IT IS HEREBY ORDERED that the Government's answer to petitioner's Section 2255 motion shall be due on <u>May 5, 2011</u>.

DATED this <u>16th</u> day of May, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

ORDER/PHAIR— 1
C10-1111RSL-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Presented by:

2

3  *s/ Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER/PHAIR— 2
C10-1111RSL-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970